ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Chugach Federal Solutions, Inc. | ) ASBCA Nos. 63475, 63810 |
| | ) |
| Under Contract No. N44255-14-D-9000 | ) |

APPEARANCES FOR THE APPELLANT:     Gary S. Ward, Esq.
                                   Cara L. Lasley, Esq.
                                   Richard B. O'Keeffe, Jr., Esq.
                                   William A. Roberts, III, Esq.
                                     Wiley Rein LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
                                     Navy Chief Trial Attorney
                                   David M. Marquez, Esq.
                                     Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE D'ALESSANDRIS

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $6,225,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: March 14, 2025

_____
DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                        I concur

_____        _____
OWEN C. WILSON                                  MICHAEL N. O'CONNELL
Administrative Judge                            Administrative Judge
Acting Chairman                                 Vice Chairman
Armed Services Board                            Armed Services Board
of Contract Appeals                             of Contract Appeals


        I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63475, 63810, Appeals of
Chugach Federal Solutions, Inc., rendered in conformance with the Board's Charter.

        Dated:  March 17, 2025


_____
                                PAULLA K. GATES-LEWIS
                                Recorder, Armed Services
                                Board of Contract Appeals

2